UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF COLORADO

| | | |
|---|---|---|
| **WILLIAM EVANS,** Individually and On Behalf of All Others Similarly Situated, | § § § § § § § § | |
| | § | Civil Action No. 1:19-CV-02204-RBJ |
| v. | | |
| **FELIX ENERGY HOLDINGS II, LLC** | | |

### ORDER GRANTING JOINT MOTION FOR APPROVAL OF SETTLEMENT AND STIPULATION OF DISMISSAL WITH PREJUDICE

Pending before this Court is the Parties' Joint Motion for Approval of Settlement and Stipulation of Dismissal with Prejudice ("Joint Motion"). The Court finds the Joint Motion is well taken and should be and hereby is **GRANTED** in all respects.

The Court approves the settlement, which disposes of all Plaintiffs' claims for unpaid overtime wages, liquidated damages, attorneys' fees, and costs. The Court hereby grants the Joint Motion and orders that this case is dismissed with prejudice, all claims of Plaintiffs are dismissed with prejudice, and each party will bear their own costs and attorneys' fees in conformance with the settlement and the foregoing Stipulation of Dismissal with Prejudice of Plaintiffs and Defendants.

Signed on this 27th day of May, 2021.

_____
**HONORABLE JUDGE PRESIDING**

92224812v.1